700 A.2d 873

IN THE MATTER OF HARVEY L. WEISS,
AN ATTORNEY AT LAW.

October 2, 1997.

## ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that **HARVEY L. WEISS** of **MAPLE-WOOD**, who was admitted to the bar of this State in 1963, be reprimanded for violating *RPC* 1.7(a) (a lawyer shall not represent a client if the representation of that client will be directly adverse to another client) and *RPC* 1.7(b) (a lawyer shall not represent a client if the representation of that client may be materially limited by the lawyer's responsibilities to another client, third person or by the lawyer's own interests), and said **HARVEY L. WEISS** having been ordered to show cause why he should not be disbarred or otherwise disciplined, and good cause appearing;

It is ORDERED that **HARVEY L. WEISS** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.